UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B. MILLER A.K.A. STRANDON MILLER, : | |
| Plaintiff, : | |
| v. : | CIVIL NO. 3:16-CV-1947 |
| D.J. LUCAS, et al., : | (Judge Kosik) |
| Defendants. : | |

## ORDER

**AND NOW**, this 28th day of November, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Within twenty (20) days from the date of this order, Plaintiff shall file a second amended complaint in this action in strict accordance with the accompanying Memorandum. The Clerk of Court shall provide a blank § 1983 form for Plaintiff's use in doing so.

2. The failure to file a proper second amended complaint will result in the court ruling only on the First Amendment claims in the original complaint.

FILED
SCRANTON

NOV 28 2016

PER _____ DEPUTY CLERK

EDWIN M. KOSIK
United States District Judge